IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



KELVIN BURTON
and TERRANDANCE DOBBINS                                              PLAINTIFFS

VERSUS                                           CIVIL ACTION NO. 2:04cv186R

CHRISTOPHER B. EPPS, *et al.*                                        DEFENDANTS

## ORDER REQUIRING SEPARATE COMPLAINTS

BEFORE THE COURT is plaintiffs' complaint filed on June 1, 2004, under Title 42

U.S.C. § 1983. The court is of the opinion that plaintiffs must file separate complaints for the

reasons set forth below.

These two plaintiffs filed a joint complaint alleging violations of their civil rights

relating to their serious medical needs. Each plaintiff completed a separate application to

proceed in forma pauperis. The plaintiffs also provided individual information concerning

their participation in the administrative remedies program.

I.

It is well settled that "a section 1983 claim must be based upon the violation of

plaintiff's personal rights, and not the rights of someone else." Archuleta v. McShan, 897

F.2d 495, 497 (10th Cir. 1990) (citations omitted); Coon v. Ledbetter, 780 F.2d 1158, 1160-

61 (5th Cir. 1986)( "[L]ike all persons who claim a deprivation of constitutional rights," each

plaintiff is "required to prove some violation of [his] personal rights." Coon, 780 F.2d at

1160-61 (citations omitted). Meritorious claims may be obscured by the frivolous. Moreover,

multi-plaintiff prisoner complaints present a variety of administrative and logistical problems

not associated with other civil actions.

## II.

As a result of the enactment of the Prison Litigation Reform Act of 1995, the court has implemented a number of procedures that facilitate the prison litigation process. If the court were to permit multi-plaintiff prisoner complaints, however, such a practice would render those court procedures inefficient. For example, prisoner plaintiffs proceeding in forma pauperis ("IFP") are required to pay the full amount of the filing fee[1] and costs[2]. Prisoner plaintiffs who have, on three or more prior occasions, brought frivolous or malicious complaints or complaints which failed to state a claim, may not proceed IFP.[3]

## III.

With these concerns in mind, and with the objective of achieving judicial economy and maintaining efficient control of its docket, the court finds it appropriate to sever the recent matter into individual actions, one for each named plaintiff. The present case, civil action number 2:04cv186R, will be dismissed without prejudice.

The Clerk of the Court will be directed to assign a new case number to each individual plaintiff. The Clerk of the Court shall be directed to place copies of the present complaint, application to proceed in forma pauperis and other documents, including this order in each file. Each document shall be filed stamped as of the date of the order. The newly-assigned case number shall be placed upon the copy of the present complaint and other documents and they

---

[1]  28 U.S.C. §1915(b)(1).

[2]  28 U.S.C. § 1915(f)(2)(A).

[3]  28 U.S.C. § 1915(g)

shall serve as the original documents in the severed action.  In the event the court finds that common questions of law or fact exist in separate cases, the court may then order that those cases be consolidated, as provided in Fed. R. Civ. P. 42(a).

Upon assignment of individual case numbers and creation of individual files, the court will make further orders in each case after conducting its review pursuant to 28 U.S.C. § 1915.

IT IS THEREFORE ORDERED:

(1) That civil action no. 2:04cv186R  shall be severed into two individual actions, one for each named plaintiff;

(2) That the severed cases shall be captioned as follows:

KELVIN BURTON v. CHRISTOPHER B. EPPS, *et al.*
TERRANDANCE DOBBINS v. CHRISTOPHER B. EPPS, *et al.*

(3) That the Clerk of the Court is directed to assign individual civil action numbers to each of the severed cases;

(4) That the Clerk of the Court is directed to place a copy of the complaint and other documents filed in civil action number 2:04cv186R  including this order, in each newly-created file;

(5)  That the complaint and action in civil action number  2:04cv186R is dismissed without prejudice;

**SO ORDERED AND ADJUDGED** this the ___9th___ day of June, 2004.

UNITED STATES DISTRICT JUDGE

Civil Action No. 2:04cv186R                3

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

FILED
JUN - 1 2004
BY_____ DEPUTY

Kelvin Burton,
# bb723,
Terrandance
Dobbins # 85089,

*(Enter above the full name of the plaintiff or plaintiffs and prisoner number of each plaintiff in this action)*

v.

Christopher B.
Epps, et, al,
Continued on
(attached sheet)...

*(Enter above the full name of the defendant or defendants in this action)*

CIVIL ACTION NUMBER: 2:04cv206R
*(to be completed by the Court)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes ( ✓ )  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Christopher B. EPPS, Ronald W. King, and Florence Jones

2. Court (if federal court, name the district; if state court, name the county): Southern District of Mississippi, Hattiesburg Division.

3. Docket Number: 2:03 CV 140 PG.

4. Name of judge to whom case was assigned: Hon. Louis Guirola, Jr.

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): "Yes, case still pending".

1

2

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Kelvin Burton   Prisoner Number: #bb723

Address: South Mississippi Correctional Institution (SMCI): P.O. Box 1419. Lenkesville, MS 39451. Continued on back...

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: 1. Christopher B. Epps _____ is employed as Commissioner of MDOC _____ at 723 North President Street. Jackson, MS 39202. "Continued on seperate sheets attached"

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s).  Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF(S):

NAME:                                   ADDRESS:

_____                 _____

_____                 _____

_____                 _____

_____                 _____

DEFENDANT(S):

NAME:                                   ADDRESS:

_____                 _____

_____                 _____

_____                 _____

_____                 _____

_____                 _____

2

Plaintiff #2

Terrandance Dobbins,          # R5089

South Mississippi Correctional Institution
(S.M.C.I.)° P.O. Box 1419 ° Leakesville, MS 39451

Part II. Parties Continued/Plaintiff #2

# II.(Plaintiff) Terrandance Dobbins    #R5089

Sm.Co. ∘ P.O. Box 1419 ∘ Lenkesville,

MS ∘ 39451.

Page-2-I-b.

Part II. Parties Continued...

Defendants...

The <u>defendants</u> are sued in their individual and warranting official capacities as past and present state officials, agents, administrators, and constitutional authorities, <u>inter alia</u>:

1. <u>M.D.O.C., Christopher B. Epps/ Commissioner,</u> who is charged with Departments total operations including the maintenance, care, custody, treatment, and control measures responsibilities, breaches, and constitutional obligations: 723 North President street. Jackson, Mississippi. 39202.

2. <u>M.D.O.C., "Board of Corrections".</u> <u>John/ Jane Doe's,</u> with same responsibilities, duties, and obligations above in their offical objective: 723 North President street. Jackson, Mississippi. 39202.

3. <u>Ronald W. King, Superintendent,</u> who presides over S.M.C.I.'s total operations with the same invested trusts, authorities, and breaches as the Commissioner:

Part II   Parties Continued...

S.M.C.I. . P.O. Box 1419 . Leakesville, MS . 39451.

4. M.D.O.C. Classification Committee, Florence Jones, who resides over S.M.C.I.s total Inmate designations with similar constitutional authorities mentioned above: S.M.C.I. . P.O. Box 1419 . Leakesville, Mississippi . 39451.

5. University Medical Center (UMC), John/Jane Doe (Director, Division of Institutional medicine, who's invested with compulsorary powers, duties, and constitutional authorities: S.M.C.I. . P.O. Box 1419 . Leakesville, MS . 39451.

6. Mississippi Department of Public Health, John/Jane Doe, who's invested with compulsorary Interventional Powers, interests and various constitutional responsibilities: S.M.C.I. . P.O. Box 1419 . Leakesville, MS . 39451.

Page-2-II

Part II. Parties Continued...

7. Jane Doe ("C.") Harrison, the RN To.Bo nurse, subordinate with duties invested through the constitution: S.M.C.I. ◦ P.O. Box 1419 ◦ Leakesville, MS 39451.

8. Correctional Medical Systems (CMS), M.D. Jerry Welch, (S.M.C.I. Physisian / Medical Director): S.M.C.I. ◦ P.O. Box 1419 ◦ Leakesville, MS ◦ 39451.

Page-2-II.

Parties/ Plaintiff, #I. Kelvin Birton, #66723

## ADMINISTRATIVE REMEDIES PROGRAM

A.   At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( ✓ )   No (     )

B.   Are you presently incarcerated for a parole or probation violation?

Yes ( ✓ )   No (     )

C.   Did you present the facts relating to your complaint in the administrative or grievance procedure in your institution?

Yes ( ✓ )   No (     )

1.   If you answer to C is yes,

   a.   State the date your claims were presented: January 29, 2004.

   b.   State how your claims were presented. (Written request, verbal request, request for forms)

   Administrative Remedy written Request.

   c.   State the result of that procedure. **(You must attach a copy of the final result, such as a certificate from the administrator of the Administrative Remedies Program stating that you have exhausted your administrative remedies.)**

   No relief granted.

2.   If you have not filed a grievance, state the reasons: _____

_____

3

# CERTIFICATE

RE: ARP# _SmCJ 04 135_   CLASS: _Medical_

_Inmate states that he has not received a proper medical evaluation; however, SMCI medical staff states that inmate has received an adequate medical evaluation._

This document is to certify that Inmate _Kelvin Burton_, MSP# _66723_, has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Third Step Response.

A copy of the Third Step Response Form must be attached to this certificate in order to file in either State of Federal Court.

This, the _8_ day of _April_, 2004.

_Glenn Spann_
Glenn Spann, Administrator
Administrative Remedy Program

Revised 01/06/04

Page -3- A.

Parties/ Plaintiff II - Terrandance Dobbins, #R5089

## ADMINISTRATIVE REMEDIES PROGRAM

A.    At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

     Yes ( ✓ )   No ( )

B.    Are you presently incarcerated for a parole or probation violation?

     Yes ( )   No ( ✓ )

C.    Did you present the facts relating to your complaint in the administrative or grievance procedure in your institution?

     Yes ( ✓ )   No ( )

1.    If you answer to C is yes,

     a.    State the date your claims were presented: _February 5, 2004._

     b.    State how your claims were presented. (Written request, verbal request, request for forms)

         _Written request ( ARP)._

     c.    State the result of that procedure. (**You must attach a copy of the final result, such as a certificate from the administrator of the Administrative Remedies Program stating that you have exhausted your administrative remedies.**)

         _Relief denied. Rejected._

2.    If you have not filed a grievance, state the reasons: _____

3

FORM ARP-1

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

### NUMBER *Smcf — 04 — 158*.

## OFFENDER'S RELIEF REQUEST FORM

Type or use ball-point pen.

TO  *Rejected*
_____
First Step Respondent                                    Location

FROM  *TerrAnce Dobbins R5089*        *Smcf-II  LD*
Offender's Name and Number                      Housing Unit

_____
Date of Incident

☐   ACCEPTED. This request comes to you from the Legal Claims Adjudicator. See the attached request from the
    offender. Please return your response to this office within 10 days of this date.

☑   REJECTED. Your request has been rejected for the following reason(s): *Beyond the ability of*
*MDOC To grant relief.*

*2/26/04*
_____          _____
Date                                              Legal Claims Adjudicator

## SECOND STEP (Pink Copies)

On _____ (date), I received a written response to my First Step request. I am not satis-
fied with this response because _____

_____

_____

_____

Therefore, I am commencing the Second Step by sending the pink copy of this form (ARP-1), the pink copy of
the First Step response (ARP-2), to the Superintendent. This request must reach the Superintendent's office
within 5 days of my receiving the First Step response.

_____          _____
Date                                              Signature

## THIRD STEP (Light Yellow Copies)

On _____ (date), I received a written response to my Second Step request. I am not
satisfied with this response because _____

_____

I am commencing the Third Step by sending the light yellow copy of this form and the light yellow copies of
my First and Second responses, to the Commissioner. This request must be sent within 5 days of my receiving
the Second Step response.

_____          _____
Date                                              Signature

**INSTRUCTIONS TO OFFENDER:** This original is for you to keep.

**OFFENDER'S ORIGINAL**                    *Page-3-Bo*

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also, include the names of
other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege
a number of different claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need;
attach extra sheet if necessary.)

Jurisdiction of this court, to entertain and dispose of this complaint, is invoked and in accord with Federal Rules of Civil Procedures and the provisions of 28 USC sections 1331, 1334, 1, 2, 3, 4, 2201 and 2202. This complaint is being prosecuted and controlled under Civil Rights statutes of 42 USC § 1983 (1988). Jurisdiction is Further invoked pursuant to 28 USC § 1821. (Continued on attached sheet)

## RELIEF

IV.    State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

1. Plaintiffs Kelvin Burton, #66723, and Inmate(s) Terrandance Dobbins, #R5089, invoke the pendent jurisdiction of this court to here their state law claims.

(Continued on attached sheet)

Signed this 26th day of May , 20 04 .

*Kelvin Burton*

_____
*Terrandance M. Dobbins*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

26th May, 04
(Date)

*Kelvin Burton*

_____
*Terrandance M. Dobbins*
Signature of plaintiff(s)

4

REQUEST TO PROCEED *IN FORMA PAUPERIS* AND
DECLARATION IN SUPPORT THEREOF

I, __Kelvin Burton #66723__, am the plaintiff in the above entitled case and
request leave to proceed without being required to prepay fees or costs or give security therefor.  I
state that because of my poverty I am unable to pay the costs of said proceeding or to give security
therefore, and that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1.     Are you presently employed?  Yes_____    No __✓__

     a.     If the answer is yes, state the amount of your salary per month and give the name and
         address of your employer. _____

         _____

     b.     If the answer is no, state the date of last employment and the amount of the salary per
         month which you received. ____No Ao_____

         _____

2.     Have you received within the past twelve months any money from any of the following
sources?

     a.     Business, profession, or form of self-employment?  Yes_____    No __✓__

     b.     Rent payments, interest, or dividends?  Yes_____   No __✓__

     c.     Pensions, annuities, or life insurance payments?  Yes_____    No __✓__

     d.     Gifts or inheritances?  Yes_____   No __✓__

     e.     Any other sources?  Yes__✓__  No_____

         If the answer to any of the above is yes, describe each source of money and state the
         amount received from each during the past twelve months. __Miscellaneous,__
         __$ 20 - $ 75 (dollars)  bi-monthly/__
         __Every 3 - 6 months...__

3.     Do you own any cash or do you have money in a checking or savings account?  Yes_____
No __✓__  (Include any funds in prison accounts)

If the answer is yes, state the total value owned.

_____

5

4.   Do you own any real estate, stocks, bonds, notes automobiles, or other valuable property (excluding household furnishings and clothing)?   Yes_____   No___✓___

If the answer is yes, describe the property and state its approximate value._____
_____

5.   List the persons who are dependent upon you for support; state your relationship to those person; and indicate how much you contribute their support.   _Nunee_
_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

_Kelvin Burton_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __26th__ day of __May_____, 20 _04_.

_Kelvin Burton_
Signature of Plaintiff

6

Case 2:04-cv-00206-KS-RHW   Document 2   Filed 06/16/04   Page 18 of 27

-------- MUST BE COMPLETED BY PLAINTIFF --------

Authorization for Release of Institutional Account Information and
Payment of the Filing Fee

I, _Kelvin Burton_ , _#bb723_
(Name of Plaintiff)                (MDOC Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information
about my institutional account, including balances, deposits and withdrawals. The Clerk of Court
may obtain my account information from the past six months and in the future, until the filing fee
is paid. I also authorize the agency having custody of my person to withdraw funds from my account
and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

_Kelvin Burton_
(Signature of Plaintiff)

_May 24, 04_
(Date)

IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON
OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW

CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ ___ 0 ___
on account to his credit at the ___ SMCI ___ institution where he is
confined. I further certify that the applicant likewise has the following securities to his credit
according to the records of said institution:

_____

I further certify that during the last six (6) months the
plaintiff's average monthly **balance** was $ _769_.

I further certify that during the last six (6) months the
plaintiff's average monthly **deposit** was $ _1804_.

_601-394-5600 ext 1023_
TELEPHONE NUMBER OF
OFFICER FOR VERIFICATION

_Tammy Roberts_
AUTHORIZED OFFICER OF INSTITUTION
_Tammy Roberts_
PRINT NAME OF AUTHORIZED OFFICER

_5-24-04_
DATE

RETURN COMPLETED FORM TO:
U. S. DISTRICT COURT
245 E. CAPITOL ST., ROOM 316
JACKSON, MS 39201

7

Part III. continued (Statement of Claim).


        alleging "deliberate indifference" and "discriminatory practises" to their serious medical needs while in Custody of the (M.D.O.C.), constitutes Cruel and unusual punishment in violation of their <u>Fourth,</u> <u>Eighth,</u> and <u>Fourteenth</u> Amendments to the United States Constitution of America. The plaintiffs seek pendent jurisdiction of this Court to hear their State and Federal law claims and seeks both declaratory relief and judgements against defendants. Plaintiffs further seeks an Injunction order and to recover Punitive and Compensatory damages as well as additional relief requested herein.

<u>CLAIMS.</u>              <u>FACTS</u>

    <u>1.</u> The plaintiffs alleges that the defendants has "grossly" failed to implement, adhere, and adopt, equally comprehensive infectious and communicable disease control and prevention programs, policies,

                P-4, III. A.

Part III. continued (Statement OF Claim).


and procedures that provides education, adequate testing, screening, Facilities, diagnosis, susceptible alternative treatment, equipment, adequate staffing, ventilation, and adequate lighting to protect From persons with communicable diseases and provide the same to persons infected with "Multi-drug Resistance T.B." (Bacillus Infection), who has been left untreated and who appears "Asymptomatic" to primary pulmonary testing oF the lungs and larynx systems. 2. That through pervasive patterns oF "deliberate indifference and discrimination", the defendants has Knowingly and willFully, unnecessarily, unreasonably, and recklessly, denied and withheld readily available medication to treat and overcome Bacillus illness 3. That warrants any state compelling interests or goals met or effectuated to protect the plaintiffs From Future harm or disabilities 4.

P-4, III. B.

Part III. Continued (statement of claim).

That the defendants violated the plaintiffs due process and equal protection rights by failing to uphold their constitutional authorities, duties and obligations.

5. That the defendants knowingly and willfully, unnecessarily, unreasonably, and recklessly, "prolonged and delayed" plaintiffs adequate medical treatment, ultimately decreasing their chances by A 40-60% cure rate of completing susceptible alternative treatment due to the resistance of one or more drugs to treat T.B. Bacillus-illness thats been left untreated.

6. That in light of existing T.B. control and preventive health plan at S.M.C.I., the defendants knowingly and willfully discriminates against persons infected with multi-drug Resistance T.B.("Bacillus"), deliberately putting them at unpredictable risks of developing and overcoming active T.B. and other life threatening harm/disabilities.

P-4, III. 6.

Part III. Continued (statement of claim).

7. That defendants knowingly and willfully, recklessly and unreasonably, subjected plaintiffs to wanton pain and undue suffering, unnecessarily causing significant and atypical hardships, anxiety, mental anguish, depression, emotional stress, and tangible effects of recidivisms of present and future harm of their health which constitutes cruel and unusual punishment in violation of the <u>Eighth</u> Amendment.

8. That defendants knowingly and willfully, capriciously and discriminately, violated and continues to violate MDOC's own policies and procedures, establised laws, statutes, and guidelines in both state and Federal constitution through illegal and unlawful practises and customs.

9. That the defendants sadistically and maliciously committed or caused to be committed the wrongs herein.

P-4, III. D.

# First Cause Of Action

By EACH defendant Knowingly, willfully, and discriminately, acting under color of law, in their individual and official capacities as state officials who failed in their constitutional responsibilities, duties, and obligations to implement and adhere to legitimate policies and procedures to provide equal and comprehensive infectious and communicable disease and control prevention measures, education, adequate intake testing and screening, facilities, diagnostic treatment, susceptible alternative treatment, equipment, adequate staffing, ventilation and air circulation, and lighting to protect from persons infected with infectious and communicable diseases and equally provided for persons infected with Multi-drug Resistant To Be "Bacillus" infection, violates plaintiffs Fourth, Eighth, and Fourteenth Amendment rights.

P-4, III. E.

## Second Cause OF Action

By EACH defendant who through pervasive patterns OF indifferences who unreasonably, unnecessarily, and recklessly withheld, denied, delayed, interfered with, and prolonged plaintiffs readily available drug treatment to vaccinate and overcome the T. Bo Bacillus infection that warrants any safety, security, or any compelling state interests of the correctional systems, its population and employees, constitutes cruel and unusual punishment that by risking forseeable future harm and disabilities to the plaintiffs violates the Eighth and Fourteenth Amendment.

## Third Cause OF Action

By EACH defendant who sadistically and maliciously subjected plaintiffs to infliction of wanton pain, undue suffering,

P-4, III. F.

anxiety, mental anguish, depression, emotional stress, and tangible effects of recidivism constitutes cruel and unusual punishment, significant and atypical hard ships, that violates the <u>Eighth</u> and <u>Fourteenth</u> Amendments.

<u>Fourth Cause of Action</u>

By <u>EACH</u> defendant who knowingly and willfully disregarded and ignored repeated request for medical treatment, that who failed to advance adequate and necessary medication (vaccination treatment), recklessly decreasing plaint iffs cure rate showed deliberate indifference to their serious medical needs in violation of the <u>Eighth</u> Amend ment.

<u>Fifth Cause of Action</u>

By <u>EACH</u> defendant who arbitrarly and capriciously created or caused to be

P-4, III. E.

created, who authorized and approved illegal, tauntamenting, and discriminatory policies, procedures, practises and customs, that who denied and failed to provide the same adequate and neccessary care and treatment to similary situated Inmates violated plaintiffs due process and equal protection rights secured under the <u>Fourteenth</u> Amendments.

## Relief Continued
### P-H-IV.

2. Plaintiffs request that this case be consolidated and tried before A single Jury.

3. Plaintiffs request that this Court appoint counsel, expert witnesses, and reasonabl Fee's.

4. Plaintiffs request that this Court grant an Preliminary Injunction.

5. Plaintiffs request the Court to issue A Declaratory Judgement that the defendants have violated their

P-H, IV

## Relief Continued-P4,IV

rights secured by the state and Federal constitution.

6. Plaintiffs request judgement against EACH defendant in the amount of Eighty-Thousand ($80,000) dollars Compensatory Damages.

7. Plaintiffs request judgement against EACH defendant in the amount of Fifty Five-Thousand ($55,000) dollars Punitive Damages.

Page-4-IV.